AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**DEWAYNE CARROLL**

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 6, 13 & 14, 2008__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

Unlawfully manufacture, posses with the intent to distribute and distribute (5) grams or more of cocaine base, also known as crack cocaine, a Schedule II narcotic drug being a controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1), (b)(1)(B)(iii)__.

I further state that I am __Daniel C. Sparks, Special Agent, Federal Bureau of Investigation__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

AUSA, **Nancy B. Jackson** (202) 307-0029
Sworn to before me and subscribed in my presence,

Signature of Complainant
Daniel C. Sparks, Special Agent
Federal Bureau of Investigations

_____  at  __Washington, D.C.__
Date                                         City and State

_____      _____
Name & Title of Judicial Officer          Signature of Judicial Officer